**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:02-CR-146** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **FRANKLIN C. BROWN** | : | |
| | : | |

## **ORDER**

AND NOW, this 25th day of November, 2013, upon consideration of petitioner Franklin C. Brown's motion to vacate, set aside, or correct convictions and sentence pursuant to 28 U.S.C. § 2255 (Doc. 983), and Rule 6 Motion for Discovery (Doc. 1013), for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that the motion to vacate (Doc. 983) is DENIED and the motion for discovery (Doc. 1013) is DENIED as moot.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania